THE STATE OF OHIO, APPELLANT, *v.* SHAFFER, APPELLEE.

[Cite as *State v. Shaffer* (1998), 84 Ohio St.3d 49.]

(No. 98–1255—Submitted October 13, 1998—Decided December 2, 1998.)

*Jim W. Slagle*, Marion County Prosecuting Attorney, for appellant.

The judgment of the court of appeals is reversed on the authority of *State v. Cook* (1998), 83 Ohio St.3d 404, 700 N.E.2d 570.

The trial court's determination that Ronald R. Shaffer is a sexual predator is reinstated.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.